IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY C. ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:12-cv-01196 |
| CITIGROUP GLOBAL MARKETS, INC., d/b/a | ) JUDGE ALETA A. TRAUGER |
| CITI SMITH BARNEY d/b/a SMITH BARNEY, | ) |
| MORGAN STANLEY SMITH BARNEY, LLC, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jeffrey C. Rogers, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice that he is dismissing this case without prejudice. In support of his Notice of Voluntary Dismissal, Plaintiff shows as follows:

1. This case was filed on November 19, 2012. It involves claims for violations of the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4301, *et seq.*

2. Plaintiff has agreed to arbitrate his case before the Financial Industry Regulatory Authority (FINRA).

3. The Defendants have not filed a responsive pleading in this case.

WHEREFORE, the Plaintiff gives notice of the dismissal of this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Joseph A. Napiltonia*
Joseph A. Napiltonia, #26881
219 Third Avenue North

Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenap@navyseallawyer.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2012, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jinnifer D. Pitcher, Esq.
Trish M. Higgins, Esq.
Orrick, Herrington & Sutcliffe
400 Capitol Mall, Suite 3000
Sacramento, CA 995814

*Counsel for Defendants*

                                                                        /s/ Joseph A. Napiltonia